610

394 A.2d 622

Industrial Valley Bank & Trust Co. v. Driscoll et ux., Appellants.

Argued June 16, 1978. Edward Jay Weiss, for appellants; Roderick D. Mathewson, for appellee.

Orders affirmed.

394 A.2d 622

International Organization Masters, Mates and Pilots of America, Local No. 2 et al. (et al., Appellants), v. International Organization Masters, Mates and Pilots of America, Inc., et al.

International Organization Masters, Mates and Pilots of America, Local No. 2, et al., Appellants, et al. v. International Organization Masters, Mates and Pilots of America, Inc., et al.

Argued June 14, 1978. Kip D. Denega, Jr., with him S. Jay Sklar, for appellants at No. 75, and appellees at No. 92; Wilfred F. Lorry, with him Stephen

L. Hymowitz, for appellants at No. 92, and appellees at No. 75; Melvin Alan Bank, for appellees, International Org. Masters, Mates and Pilots of America, Inc., etc., defendants; No appearance entered nor brief submitted for appellees, Trustees; Ann Schmerling, submitted a brief for appellee, Vickers Estate.

Order affirmed.

394 A.2d 623

Kocher, Appellant, v. Nallon et ux.

Argued June 16, 1978. Edward E. Hosey, with him Joseph V. Kasper, for appellant; B. Todd Maguire, for appellees.

Judgment affirmed.

394 A.2d 623

Kuhar v. Richardson et ux., Appellants.